PEOPLE ex rel. KENDRICK A. LUTHER et al., Individually and as Copartners Doing Business under the Name of THE LUTHER-KEFFER AGENCY, Appellants, against STATE TAX COMMISSION, Respondent.

Argued October 5, 1943; decided November 18, 1943.

*Daniel P. Cavanaugh* (of the Connecticut bar), *T. Carlyle Jones* and *Daniel Miner* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.